# United States District Court
## Eastern District of Wisconsin

**LETICIA WOODS,**
*individually and on behalf of all others similarly situated,*

        Plaintiff(s),

v.

**ARSTRAT, LLC,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. **20-CV-1174-SCD**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff's motion to voluntarily dismiss the action (ECF No. 19) is **GRANTED** and this action is **DISMISSED** without prejudice.

Approved: _____
STEPHEN C. DRIES
United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this 12th day of February, 2021.

    GINA M. COLLETTI
    Clerk of Court

    *s/ K. Hubacz*
    (By) Deputy Clerk